United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-03910-HWV |
| Joseph Michael Degma | Chapter 13 |
| Theresa Philomena Degma | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5　　　　　　　　　　User: AutoDocke　　　　　　　　　　Page 1 of 2
Date Rcvd: Jun 16, 2021　　　　　　　　Form ID: trc　　　　　　　　　　　　Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 4992257 | Bank Of America, N.A., Bank of America, PO Box 31785, Tampa, FL, 33631-3785 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021　　　　　　　　Signature:　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Joseph Michael Degma MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Theresa Philomena Degma MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jerome B Blank | on behalf of Creditor Bank of America N.A. pamb@fedphe.com |
| Joseph Angelo Dessoye | on behalf of Creditor Bank of America N.A. pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Bank of America N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| Thomas Song | |

on behalf of Creditor Bank of America N.A. tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-03910-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph Michael Degma
105 Meadow Ln
Archbald PA 18403-1983

Theresa Philomena Degma
105 Meadow Ln
Archbald PA 18403-1983

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/15/2021.

Name and Address of Alleged Transferor(s):

Claim No. 15: Bank Of America, N.A., Bank of America, PO Box 31785, Tampa, FL, 33631-3785

Name and Address of Transferee:

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111
Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/18/21

Terrence S. Miller
**CLERK OF THE COURT**