Certificate Number: 17572-PAM-DE-036477137

Bankruptcy Case Number: 17-03910


17572-PAM-DE-036477137

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on April 14, 2022, at 5:53 o'clock PM PDT, Joseph M Degma completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 14, 2022    By: /s/Tania Duarte

Name: Tania Duarte

Title: Counselor