United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-03910-MJC
Joseph Michael Degma  Chapter 13
Theresa Philomena Degma
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Apr 15, 2022     Form ID: 3180W     Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Joseph Michael Degma, Theresa Philomena Degma, 105 Meadow Ln, Archbald, PA 18403-1983 |
| cr | + | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4970775 | | Cerastes, LLC, c/o Weinstein Pinson and Riley PS, 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| 4970762 | | Degma Joseph Michael, 105 Meadow Ln, Archbald, PA 18403-1983 |
| 4970763 | | Degma Theresa Philomena, 105 Meadow Ln, Archbald, PA 18403-1983 |
| 4970764 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5416014 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5416015 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 4970780 | | eCast Settlement Corporation, PO Box 28136, New York, NY 10087-8136 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: CHRM.COM | Apr 15 2022 22:48:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Apr 15 2022 18:41:00 | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 4970765 | | Email/Text: backoffice@affirm.com | Apr 15 2022 18:41:00 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 4970767 | | Email/PDF: bncnotices@becket-lee.com | Apr 15 2022 18:45:21 | American Express Centurion Bank, c/o Becket and Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 4970766 | | Email/PDF: bncnotices@becket-lee.com | Apr 15 2022 18:45:04 | American Express Centurion Bank, c/o Becket and Lee PC, PO Box 3001, Malvern, PA 19355-0701 |
| 4992257 | | EDI: BANKAMER.COM | Apr 15 2022 22:48:00 | Bank Of America, N.A., Bank of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 4998693 | + | EDI: BANKAMER2.COM | Apr 15 2022 22:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4995357 | | EDI: BANKAMER.COM | Apr 15 2022 22:48:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 4970768 | | EDI: BANKAMER.COM | Apr 15 2022 22:48:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 4970769 | | EDI: BANKAMER.COM | Apr 15 2022 22:48:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 4970770 | | EDI: TSYS2 | Apr 15 2022 22:48:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 4970771 | | EDI: BANKAMER.COM | | |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | Apr 15 2022 22:48:00 | Bk of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 4970774 | EDI: CAPITALONE.COM | Apr 15 2022 22:48:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 5010731 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 15 2022 18:45:05 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4970772 | EDI: CAPITALONE.COM | Apr 15 2022 22:48:00 | Cap One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 4970773 | Email/Text: cms-bk@cms-collect.com | Apr 15 2022 18:41:00 | Capital Management Services, 698 S Ogden St, Buffalo, NY 14206-2317 |
| 4970776 | EDI: CHRM.COM | Apr 15 2022 22:48:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 4970777 | Email/PDF: creditonebknotifications@resurgent.com | Apr 15 2022 18:45:06 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 4975919 | EDI: DISCOVER.COM | Apr 15 2022 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 4970778 | EDI: DISCOVER.COM | Apr 15 2022 22:48:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 4970779 | EDI: DISCOVERSL.COM | Apr 15 2022 22:48:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 4992874 | EDI: ECMC.COM | Apr 15 2022 22:48:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 4970781 | EDI: ECMC.COM | Apr 15 2022 22:48:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 4970782 | EDI: AMINFOFP.COM | Apr 15 2022 22:48:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4970783 | EDI: FSAE.COM | Apr 15 2022 22:48:00 | First Source Advantage, PO Box 628, Buffalo, NY 14240-0628 |
| 4970785 | EDI: IRS.COM | Apr 15 2022 22:48:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 21126, Philadelphia, PA 19114-0326 |
| 4991845 | EDI: JEFFERSONCAP.COM | Apr 15 2022 22:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4970786 | EDI: JEFFERSONCAP.COM | Apr 15 2022 22:48:00 | Jefferson Capital Systems, LLC, PO Box 953185, Saint Louis, MO 63195-3185 |
| 4970787 | EDI: OPHSUBSID.COM | Apr 15 2022 22:48:00 | Keystone Recovery Partners LLC, c/o Weinstein Pinson and Riley PS, 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| 5010732 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2022 18:45:06 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4970788 | Email/Text: ml-ebn@missionlane.com | Apr 15 2022 18:40:00 | Lendup Card Services I, 225 Bush St Ste 1100, San Francisco, CA 94104-4250 |
| 4970789 | Email/PDF: bncnotices@becket-lee.com | Apr 15 2022 18:45:21 | Main Street Acquisition Corp assignee of, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 4970790 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 15 2022 18:45:05 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 4970791 | + Email/PDF: pa_dc_claims@navient.com | Apr 15 2022 18:45:19 | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 5003141 | EDI: NAVIENTFKASMSERV.COM | Apr 15 2022 22:48:00 | Navient CFC, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5003067 | | EDI: NAVIENTFKASMSERV.COM | Apr 15 2022 22:48:00 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 4970792 | | EDI: OPHSUBSID.COM | Apr 15 2022 22:48:00 | Oak Harbor Capital VI, LLC, c/o Wienstein & Riley, PS, 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| 4970793 | | EDI: PRA.COM | Apr 15 2022 22:48:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 4971589 | + | EDI: RECOVERYCORP.COM | Apr 15 2022 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4970794 | | EDI: PRA.COM | Apr 15 2022 22:48:00 | Portofolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 4991846 | + | EDI: JEFFERSONCAP.COM | Apr 15 2022 22:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5015073 | | EDI: Q3G.COM | Apr 15 2022 22:48:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5003068 | | EDI: NAVIENTFKASMSERV.COM | Apr 15 2022 22:48:00 | SLM BANK c/o, Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5011321 | + | EDI: CBSMASON | Apr 15 2022 22:48:00 | Stoneberry, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 4970796 | | Email/Text: birminghamtops@sba.gov | Apr 15 2022 18:41:03 | US Small Business Admin, 801 Tom Martin Dr Ste 120, Birmingham, AL 35211-6424 |
| 4970795 | | Email/Text: bankruptcygroup@archmi.com | Apr 15 2022 18:41:00 | United Guaranty Commercial Ins Co of NC, PO Box 20327, Greensboro, NC 27420-0327 |
| 4981599 | + | Email/Text: bankruptcygroup@archmi.com | Apr 15 2022 18:41:00 | United Guaranty Commercial Insurance Co of NC, PO Box 20327, Greensboro, NC 27420-0327 |
| 4993150 | | EDI: AIS.COM | Apr 15 2022 22:48:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4970797 | | EDI: BLUESTEM | Apr 15 2022 22:48:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4970784 | * | First Source Advantage LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 4989820 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2022       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Joseph Michael Degma MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Theresa Philomena Degma MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jerome B Blank | on behalf of Creditor Bank of America N.A. pamb@fedphe.com |
| Joseph Angelo Dessoye | on behalf of Creditor Bank of America N.A. pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Bank of America N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor Bank of America N.A. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 10

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Joseph Michael Degma<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8077<br>EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | Theresa Philomena Degma<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9771<br>EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:17–bk–03910–MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph Michael Degma  
aka Joseph Degma, aka Joseph M. Degma

Theresa Philomena Degma  
aka Theresa Degma, aka Theresa P. Degma

**By the court:**

4/15/22

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**