## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| JOSEPH MICHAEL DEGMA | Case No.: 5-17-03910-MJC |
| THERESA PHILOMENA DEGMA | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**
Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 15
Last Four of Loan Number: 105 Meadow Lane - PRE-ARREARS - 3680
Property Address if applicable: 105 MEADOW LN., , ARCHBALD, PA18403-1983

**PART 2:** **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,561.83 |
| b. | Prepetition arrearages paid by the Trustee: | $2,561.83 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,561.83 |

**PART 3:** **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 21, 2022                             Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 15

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1182291 | 04/03/2018 | $354.20 | $0.00 | $354.20 |
| 5200 | 1185316 | 05/15/2018 | $2,207.63 | $0.00 | $2207.63 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOSEPH MICHAEL DEGMA  Case No.: 5-17-03910-MJC
THERESA PHILOMENA DEGMA  Chapter 13
Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 21, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| JASON P PROVINZANO, ESQUIRE<br>LAW OFFICES OF JASON P PROVINZANO LLC<br>16 W NORTHAMPTON STREET<br>WILKES-BARRE PA, 18701-1708 | SERVED ELECTRONICALLY |
| SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO, 80111 | SERVED BY 1ST CLASS MAIL |
| JOSEPH MICHAEL DEGMA<br>THERESA PHILOMENA DEGMA<br>105 MEADOW LN.<br>ARCHBALD, PA 18403-1983 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com