| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | Joseph Michael Degma |
| | aka Joseph Degma aka Joseph M. Degma |
| Debtor 2 (Spouse, if filing) | Theresa Philomena Degma |
| | aka Theresa Degma aka Theresa P. Degma |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 5:17-bk-03910-MJC |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Statement / Response Date:** 05/01/2022

**Name of creditor:** Specialized Loan Servicing LLC

**Court claim no.** (if known): 15-1

**Last 4 digits** of any number you use to identify the debtor's account: 3680

**Property address:** 105 Meadow Lane
Number   Street

Archbald, Pennsylvania 18403
City                    State   ZIP Code

### Part 2: Prepetition Default Payments

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

Form 4100R          Response to Notice of Final Cure Payment          page 1

OCF4100R 20.15.1.0   Case 5:17-bk-03910-MJC   Doc 64   Filed 05/12/22   Entered 05/12/22 13:12:25   5123 Desc 8759
Main Document   Page 1 of 8

| Debtor 1 | Joseph Michael Degma | Case number (if known) | 5:17-bk-03910-MJC |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $4,110.24 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $0.00 |
| c. | **Total**. Add lines a and b. | (c) | $4,110.24 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 03/01/2022  MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Craig A. Edelman  
Signature

Date 05/11/2022

Print: Craig A. Edelman  
First Name  Middle Name  Last Name

Title: Authorized Agent for Specialized Loan Servicing LLC

Company: Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: P.O. Box 9013  
Number  Street  
Addison, Texas 75001  
City  State  ZIP Code

Contact phone (972) 643-6600  Email POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before May 12, 2022 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Joseph Michael Degma
105 Meadow Ln
Archbald, PA 18403-1983

**Debtor**          *Via U.S. Mail*
Theresa Philomena Degma
105 Meadow Ln
Archbald, PA 18403-1983

**Debtors' Attorney**
Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 W. Northampton Street
Wilkes Barre, PA 18701

**Chapter 13 Trustee**
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

                                                  Respectfully Submitted,

                                                  /s/ Craig A. Edelman

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/22/17 | 08/01/17 | | | | | | | | | | $179,269.75 | $414.92 | $0.00 | $28.67 | $0.00 | $0.00 | $2,561.83 | BEGINNING BAL |
| 11/29/17 | | $1,228.00 | | | | | | $1,228.00 | | | $179,269.75 | $414.92 | $1,228.00 | $28.67 | $0.00 | $0.00 | $2,561.83 | Debtor Payment to Suspense |
| 12/07/17 | | | | | | -$1,454.00 | | | | | $179,269.75 | -$1,039.08 | $1,228.00 | $28.67 | $0.00 | $0.00 | $2,561.83 | Homeowners/Fire/Hazard Paid |
| 01/12/18 | | $7.50 | | | | | | $7.50 | | | $179,269.75 | -$1,039.08 | $1,235.50 | $28.67 | $0.00 | $0.00 | $2,561.83 | Debtor Payment to Suspense |
| 01/16/18 | 08/01/17 | | | $182.15 | $597.57 | $455.78 | | | -$1,235.50 | | $179,087.60 | -$583.30 | $1,235.50 | -$1,206.83 | $0.00 | $0.00 | $2,561.83 | Pre Petition Payment |
| 01/31/18 | 09/01/17 | | | $182.76 | $596.96 | $455.78 | | | -$1,235.50 | | $178,904.84 | -$127.52 | $1,235.50 | -$2,442.33 | $0.00 | $0.00 | $2,561.83 | Post Petition Payment |
| 01/31/18 | | $1,235.50 | | | | | | $1,235.50 | | | $178,904.84 | -$127.52 | $2,471.00 | -$2,442.33 | $0.00 | $0.00 | $2,561.83 | Debtor Payment to Suspense |
| 02/05/18 | | | | | | -$1,175.67 | | | | | $178,904.84 | -$1,303.19 | $2,471.00 | -$2,442.33 | $0.00 | $0.00 | $2,561.83 | County Tax |
| 02/15/18 | 10/01/17 | $1,227.79 | | $183.37 | $596.35 | $448.07 | | | | | $178,721.47 | -$855.12 | $2,471.00 | -$2,442.33 | $0.00 | $0.00 | $2,561.83 | Post Petition Payment |
| 02/15/18 | 11/01/17 | $1,227.79 | | $183.98 | $595.74 | $448.07 | | | | | $178,537.49 | -$407.05 | $2,471.00 | -$2,442.33 | $0.00 | $0.00 | $2,561.83 | Post Petition Payment |
| 03/12/18 | | | | | | -$632.18 | | | | | $178,537.49 | -$1,039.23 | $2,471.00 | -$2,442.33 | $0.00 | $0.00 | $2,561.83 | City Tax |
| 03/15/18 | 12/01/17 | $1,227.79 | | $184.60 | $595.12 | $448.07 | | | | | $178,352.89 | -$591.16 | $2,471.00 | -$2,442.33 | $0.00 | $0.00 | $2,561.83 | Post Petition Payment |
| 04/10/18 | | | $354.20 | | | | | | $354.20 | | $178,352.89 | -$591.16 | $2,471.00 | -$2,088.13 | $0.00 | $0.00 | $2,207.63 | Trustee Payment to Suspense |
| 04/30/18 | 01/01/18 | $1,227.79 | | $185.21 | $594.51 | $448.07 | | | | | $178,167.68 | -$143.09 | $2,471.00 | -$2,088.13 | $0.00 | $0.00 | $2,207.63 | Post Petition Payment |
| 05/22/18 | | | $2,207.63 | | | | | | $2,207.63 | | $178,167.68 | -$143.09 | $2,471.00 | $119.50 | $0.00 | $0.00 | $0.00 | Trustee Payment to Suspense |
| 05/25/18 | 02/01/18 | | | $185.83 | $593.89 | $448.07 | | -$1,227.79 | | | $177,981.85 | $304.98 | $1,243.21 | $119.50 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 05/29/18 | 03/01/18 | | | $186.45 | $593.27 | $448.07 | | -$1,227.79 | | | $177,795.40 | $753.05 | $15.42 | $119.50 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 05/30/18 | | | | | | $119.50 | | -$119.50 | | | $177,795.40 | $872.55 | $15.42 | $0.00 | $0.00 | $0.00 | $0.00 | Escrow Shortage Repayment |
| 06/15/18 | 04/01/18 | $1,227.79 | | $187.07 | $592.65 | $448.07 | | | | | $177,608.33 | $1,320.62 | $15.42 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 07/13/18 | 05/01/18 | $1,227.79 | | $187.69 | $592.03 | $448.07 | | | | | $177,420.64 | $1,768.69 | $15.42 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 07/13/18 | 06/01/18 | $1,227.79 | | $188.32 | $591.40 | $448.07 | | | | | $177,232.32 | $2,216.76 | $15.42 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 08/16/18 | 07/01/18 | $1,228.00 | | $188.95 | $590.77 | $448.07 | | $0.21 | | | $177,043.37 | $2,664.83 | $15.63 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 08/29/18 | | | | | | -$2,207.10 | | | | | $177,043.37 | $457.73 | $15.63 | $0.00 | $0.00 | $0.00 | $0.00 | School Tax |
| 08/30/18 | | | | | | -$273.74 | | | | | $177,043.37 | $183.99 | $15.63 | $0.00 | $0.00 | $0.00 | $0.00 | Escrow Refund to Debtor |
| 09/14/18 | | $630.00 | | | | | | $630.00 | | | $177,043.37 | $183.99 | $645.63 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 10/03/18 | | $600.00 | | | | | | $600.00 | | | $177,043.37 | $183.99 | $1,245.63 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 10/03/18 | 08/01/18 | | | $189.58 | $590.14 | $448.07 | | -$1,227.79 | | | $176,853.79 | $632.06 | $17.84 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/18 | | $2,401.00 | | | | | | $2,401.00 | | | $176,853.79 | $632.06 | $2,418.84 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 10/31/18 | 09/01/18 | | | $190.21 | $589.51 | $448.07 | | -$1,227.79 | | | $176,663.58 | $1,080.13 | $1,191.05 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 11/15/18 | | $700.00 | | | | | | $700.00 | | | $176,663.58 | $1,080.13 | $1,891.05 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 11/15/18 | 10/01/18 | | | $190.84 | $588.88 | $411.32 | | -$1,191.04 | | | $176,472.74 | $1,491.45 | $700.01 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 11/19/18 | | | | | | -$1,051.00 | | | | | $176,472.74 | $440.45 | $700.01 | $0.00 | $0.00 | $0.00 | $0.00 | Homeowners/Fire/Hazard Paid |
| 11/30/18 | | $500.00 | | | | | | $500.00 | | | $176,472.74 | $440.45 | $1,200.01 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 12/31/18 | 11/01/18 | $1,191.04 | | $191.48 | $588.24 | $411.32 | | | | | $176,281.26 | $851.77 | $1,200.01 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 01/31/19 | | $400.00 | | | | | | $400.00 | | | $176,281.26 | $851.77 | $1,600.01 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 01/31/19 | 12/01/18 | | | $192.12 | $587.60 | $411.32 | | -$1,191.04 | | | $176,089.14 | $1,263.09 | $408.97 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 02/13/19 | | | | | | -$1,175.67 | | | | | $176,089.14 | $87.42 | $408.97 | $0.00 | $0.00 | $0.00 | $0.00 | County Tax |
| 02/15/19 | | $800.00 | | | | | | $800.00 | | | $176,089.14 | $87.42 | $1,208.97 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 02/15/19 | 01/01/19 | | | $192.76 | $586.96 | $411.32 | | -$1,191.04 | | | $175,896.38 | $498.74 | $17.93 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 03/15/19 | 02/01/19 | $1,191.04 | | $193.40 | $586.32 | $411.32 | | | | | $175,702.98 | $910.06 | $17.93 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 03/21/19 | | | | | | -$632.18 | | | | | $175,702.98 | $277.88 | $17.93 | $0.00 | $0.00 | $0.00 | $0.00 | City Tax |
| 04/15/19 | | $900.00 | | | | | | $900.00 | | | $175,702.98 | $277.88 | $917.93 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 05/15/19 | | $2,655.19 | | | | | | $2,655.19 | | | $175,702.98 | $277.88 | $3,573.12 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 05/15/19 | 03/01/19 | | | $194.04 | $585.68 | $411.32 | | -$1,191.04 | | | $175,508.94 | $689.20 | $2,382.08 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 05/15/19 | 04/01/19 | | | $194.69 | $585.03 | $411.32 | | -$1,191.04 | | | $175,314.25 | $1,100.52 | $1,191.04 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 07/15/19 | 05/01/19 | $1,191.04 | | $195.34 | $584.38 | $411.32 | | | | | $175,118.91 | $1,511.84 | $1,191.04 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 08/15/19 | 06/01/19 | $1,191.04 | | $195.99 | $583.73 | $411.32 | | | | | $174,922.92 | $1,923.16 | $1,191.04 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 09/13/19 | 07/01/19 | $1,200.00 | | $196.64 | $583.08 | $411.32 | | $8.96 | | | $174,726.28 | $2,334.48 | $1,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 09/13/19 | | | | | | -$2,383.43 | | | | | $174,726.28 | -$48.95 | $1,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | School Tax |
| 10/11/19 | 08/01/19 | $1,200.00 | | $197.30 | $582.42 | $411.32 | | $8.96 | | | $174,528.98 | $362.37 | $1,208.96 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 10/11/19 | 09/01/19 | | | $197.96 | $581.76 | $411.32 | | -$1,191.04 | | | $174,331.02 | $773.69 | $17.92 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 10/18/19 | | | | | | -$1,119.00 | | | | | $174,331.02 | -$345.31 | $17.92 | $0.00 | $0.00 | $0.00 | $0.00 | Homeowners/Fire/Hazard Paid |
| 11/14/19 | 10/01/19 | $1,219.95 | | $198.62 | $581.10 | $440.23 | | | | | $174,132.40 | $94.92 | $17.92 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 12/17/19 | 11/01/19 | $1,219.95 | | $199.28 | $580.44 | $440.23 | | | | | $173,933.12 | $535.15 | $17.92 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 01/16/20 | | $1,000.00 | | | | | | $1,000.00 | | | $173,933.12 | $535.15 | $1,017.92 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 02/26/20 | | | | | | -$1,315.48 | | | | | $173,933.12 | -$780.33 | $1,017.92 | $0.00 | $0.00 | $0.00 | $0.00 | County Tax |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/20 | 12/01/19 | $1,220.00 | | $199.94 | $579.78 | $440.23 | | $0.05 | | | $173,733.18 | -$340.10 | $1,017.97 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 03/17/20 | | | | | | -$632.18 | | | | | $173,733.18 | -$972.28 | $1,017.97 | $0.00 | $0.00 | $0.00 | $0.00 | City Tax |
| 03/24/20 | | $800.00 | | | | | | $800.00 | | | $173,733.18 | -$972.28 | $1,817.97 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 03/24/20 | 01/01/20 | | | $200.61 | $579.11 | $440.23 | | -$1,219.95 | | | $173,532.57 | -$532.05 | $598.02 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 03/31/20 | | $1,844.77 | | | | | | $1,844.77 | | | $173,532.57 | -$532.05 | $2,442.79 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 04/01/20 | 02/01/20 | | | $201.28 | $578.44 | $440.23 | | -$1,219.95 | | | $173,331.29 | -$91.82 | $1,222.84 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 04/29/20 | 03/01/20 | $1,219.95 | | $201.95 | $577.77 | $440.23 | | | | | $173,129.34 | $348.41 | $1,222.84 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 05/21/20 | 04/01/20 | $1,219.95 | | $202.62 | $577.10 | $440.23 | | | | | $172,926.72 | $788.64 | $1,222.84 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 06/12/20 | 05/01/20 | $1,219.95 | | $203.30 | $576.42 | $440.23 | | | | | $172,723.42 | $1,228.87 | $1,222.84 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 07/15/20 | 06/01/20 | $1,220.00 | | $203.98 | $575.74 | $440.23 | | $0.05 | | | $172,519.44 | $1,669.10 | $1,222.89 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 08/14/20 | | $1,220.00 | | | | | | $1,220.00 | | | $172,519.44 | $1,669.10 | $2,442.89 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 08/18/20 | 07/01/20 | | | $204.66 | $575.06 | $440.23 | | -$1,219.95 | | | $172,314.78 | $2,109.33 | $1,222.94 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 09/15/20 | | $1,283.07 | | | | | | $1,283.07 | | | $172,314.78 | $2,109.33 | $2,506.01 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 09/17/20 | | | | | | -$2,378.68 | | | | | $172,314.78 | -$269.35 | $2,506.01 | $0.00 | $0.00 | $0.00 | $0.00 | School Tax |
| 09/21/20 | 08/01/20 | | | $205.34 | $574.38 | $440.23 | | -$1,219.95 | | | $172,109.44 | $170.88 | $1,286.06 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 10/15/20 | | $1,283.07 | | | | | | $1,283.07 | | | $172,109.44 | $170.88 | $2,569.13 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 10/22/20 | | | | | | -$1,898.00 | | | | | $172,109.44 | -$1,727.12 | $2,569.13 | $0.00 | $0.00 | $0.00 | $0.00 | Homeowners/Fire/Hazard Paid |
| 11/13/20 | | $1,295.00 | | | | | | $1,295.00 | | | $172,109.44 | -$1,727.12 | $3,864.13 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 11/18/20 | 09/01/20 | | | $206.02 | $573.70 | $506.34 | | -$1,286.06 | | | $171,903.42 | -$1,220.78 | $2,578.07 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 11/18/20 | 10/01/20 | | | $206.71 | $573.01 | $506.34 | | -$1,286.06 | | | $171,696.71 | -$714.44 | $1,292.01 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 11/24/20 | | | | | | -$1,443.13 | | | | | $171,696.71 | -$2,157.57 | $1,292.01 | $0.00 | $0.00 | $0.00 | $0.00 | Homeowners/Fire/Hazard Paid |
| 12/14/20 | | $1,286.06 | | | | | | $1,286.06 | | | $171,696.71 | -$2,157.57 | $2,578.07 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 12/14/20 | | $110.20 | | | | | | $110.20 | | | $171,696.71 | -$2,157.57 | $2,688.27 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 12/18/20 | 11/01/20 | | | $207.40 | $572.32 | $506.34 | | -$1,286.06 | | | $171,489.31 | -$1,651.23 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 01/15/21 | | $1,402.21 | | | | | | $1,402.21 | | | $171,489.31 | -$1,651.23 | $2,804.42 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 01/22/21 | 12/01/20 | | | $208.09 | $571.63 | $622.49 | | -$1,402.21 | | | $171,281.22 | -$1,028.74 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 02/12/21 | | $1,402.21 | | | | | | $1,402.21 | | | $171,281.22 | -$1,028.74 | $2,804.42 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/21 | 01/01/21 | | | $208.78 | $570.94 | $622.49 | | -$1,402.21 | | | $171,072.44 | -$406.25 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 03/01/21 | | | | | | -$1,315.48 | | | | | $171,072.44 | -$1,721.73 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | County Tax |
| 03/15/21 | | $1,402.21 | | | | | | $1,402.21 | | | $171,072.44 | -$1,721.73 | $2,804.42 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 03/17/21 | | | | | | -$789.50 | | | | | $171,072.44 | -$2,511.23 | $2,804.42 | $0.00 | $0.00 | $0.00 | $0.00 | City Tax |
| 03/19/21 | 02/01/21 | | | $209.48 | $570.24 | $622.49 | | -$1,402.21 | | | $170,862.96 | -$1,888.74 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 04/13/21 | | $1,402.21 | | | | | | $1,402.21 | | | $170,862.96 | -$1,888.74 | $2,804.42 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 04/15/21 | 03/01/21 | | | $210.18 | $569.54 | $622.49 | | -$1,402.21 | | | $170,652.78 | -$1,266.25 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 05/10/21 | | $1,402.21 | | | | | | $1,402.21 | | | $170,652.78 | -$1,266.25 | $2,804.42 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 05/14/21 | 04/01/21 | | | $210.88 | $568.84 | $622.49 | | -$1,402.21 | | | $170,441.90 | -$643.76 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 06/08/21 | | | | | | | | | | | $170,441.90 | -$643.76 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | Service Transfer |
| 06/09/21 | 05/01/21 | | | $211.58 | $568.14 | $622.49 | | -$1,402.21 | | | $170,230.32 | -$21.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 06/14/21 | | $1,402.21 | | | | | | $1,402.21 | | | $170,230.32 | -$21.27 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 07/16/21 | 06/01/21 | | | $212.29 | $567.43 | $622.49 | | -$1,402.21 | | | $170,018.03 | $601.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 07/30/21 | | $1,402.21 | | | | | | $1,402.21 | | | $170,018.03 | $601.22 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 08/02/21 | 07/01/21 | | | $212.99 | $566.73 | $622.49 | | -$1,402.21 | | | $169,805.04 | $1,223.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 08/25/21 | | $1,402.21 | | | | | | $1,402.21 | | | $169,805.04 | $1,223.71 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 08/26/21 | 08/01/21 | | | $213.70 | $566.02 | $622.49 | | -$1,402.21 | | | $169,591.34 | $1,846.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 09/15/21 | | | | | | -$2,407.12 | | | | | $169,591.34 | -$560.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | School Tax |
| 09/30/21 | | $1,402.21 | | | | | | $1,402.21 | | | $169,591.34 | -$560.92 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 10/01/21 | 09/01/21 | | | $214.42 | $565.30 | $622.49 | | -$1,402.21 | | | $169,376.92 | $61.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 11/01/21 | | | | | | -$1,525.48 | | | | | $169,376.92 | -$1,463.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Homeowners/Fire/Hazard Paid |
| 11/10/21 | | $1,402.21 | | | | | | $1,402.21 | | | $169,376.92 | -$1,463.91 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 11/11/21 | 10/01/21 | | | $215.13 | $564.59 | $622.49 | | -$1,402.21 | | | $169,161.79 | -$841.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 12/13/21 | | $600.00 | | | | | | $600.00 | | | $169,161.79 | -$841.42 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 12/14/21 | | $602.21 | | | | | | $602.21 | | | $169,161.79 | -$841.42 | $1,202.21 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 12/29/21 | | $200.00 | | | | | | $200.00 | | | $169,161.79 | -$841.42 | $1,402.21 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 12/30/21 | 11/01/21 | | | $215.85 | $563.87 | $622.49 | | -$1,402.21 | | | $168,945.94 | -$218.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 02/11/22 | | $2,740.16 | | | | | | $2,740.16 | | | $168,945.94 | -$218.93 | $2,740.16 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 02/14/22 | 12/01/21 | | | $216.57 | $563.15 | $590.36 | | -$1,370.08 | | | $168,729.37 | $371.43 | $1,370.08 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 02/14/22 | 01/01/22 | | | $217.29 | $562.43 | $590.36 | | -$1,370.08 | | | $168,512.08 | $961.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 02/25/22 | | | | | | -$1,315.48 | | | | | $168,512.08 | -$353.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | county tax |
| 03/28/22 | | | | | | -$789.50 | | | | | $168,512.08 | -$1,143.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | City Tax |
| 04/14/22 BVW # | | $1,370.08 | | | | | | $1,370.08 | | | $168,512.08 | -$1,143.19 | $1,370.08 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 04/15/22 | 02/01/22 | | | $218.01 | $561.71 | $590.36 | | -$1,370.08 | | | $168,294.07 | -$552.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/22 | | | | | | | | | | | $168,294.07 | -$552.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Discharge Order |